**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>   Plaintiffs,<br> v.<br><br>MONAHAN PACIFIC DEVELOPMENT CORPORATION; MONAHAN PACIFIC CONSTRUCTION CORPORATION; MONAHAN PACIFIC CONSTRUCTION, INC.; MONAHAN PACIFIC CORPORATION; SEMINARY RIDGE ASSOCIATES, LLC; THOMAS MONAHAN; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 09-3973 SC<br><br>FINAL ORDER CONTINUING CASE <u>MANAGEMENT CONFERENCE</u> |

 Having reviewed the parties' latest Case Management Statement, Docket No. 10, the Court concludes that the parties have shown good cause for a final continuance of the impending case management conference, currently scheduled for March 19, 2010. The case management conference is hereby continued to June 25, 2010, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. This shall be the final continuance.

 IT IS SO ORDERED.

Dated: March 17, 2010

              /s/ Samuel Conti
              UNITED STATES DISTRICT JUDGE