LAURA J. RUETTGERS (SBN 206636)
McCurdy & Fuller LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Plaintiffs
CHARTIS SPECIALTY INSURANCE COMPANY [FORMERLY KNOWN AS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY] and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY [FORMERLY KNOWN AS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY], an Illinois Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONAHAN PACIFIC DEVELOPMENT CORPORATION, a California corporation; MONAHAN PACIFIC CONSTRUCTION CORPORATION, a California corporation; MONAHAN PACIFIC CONSTRUCTION, INC., a California corporation; MONAHAN PACIFIC CORPORATION, a California corporation; SEMINARY RIDGE ASSOCIATES, LLC, a California corporation; THOMAS MONAHAH, an individual citizen of California; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 09-CV-03973-SC<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE, [PROPOSED] ORDER THEREON** |

The parties to this action have reached an informal and total resolution of the issues raised by this matter through settlement. Based upon the resolution, the defendant parties have neither

36036 (4)

- 1 -

**REQUEST FOR DISMISSAL, [PROPOSED] ORDER THEREON**

been served nor have they filed an appearance or otherwise responded to the complaint in this matter. Accordingly, plaintiffs Chartis Specialty Insurance Company, formerly known as American International Specialty Lines Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa., by and through the undersigned counsel, respectfully requests that the Court dismiss the complaint in the present matter <u>without prejudice</u>, with each party to bear its own fees and costs.

Dated: June 24, 2010				McCURDY & FULLER LLP


						_____/s/_____
						LAURA J. RUETTGERS
						Attorneys for Plaintiffs
						CHARTIS SPECIALTY INSURANCE
						COMPANY [FORMERLY KNOWN AS
						AMERICAN INTERNATIONAL
						SPECIALTY LINES INSURANCE
						COMPANY], and NATIONAL UNION FIRE
						INSURANCE COMPANY OF
						PITTSBURGH, PA.


In accordance with the agreement of the parties, this matter is dismissed <u>without prejudice</u> with each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated:  __June 24_____, 2010		_____
						UNITED STATES DISTRICT JUDGE

*[Signature: Judge Samuel Conti — IT IS SO ORDERED, United States District Court, Northern District of California seal]*