| | |
|---|---|
| 1 | LAURA J. RUETTGERS (SBN 206636) |
| 2 | McCurdy & Fuller LLP<br>4300 Bohannon Drive, Suite 240 |
| 3 | Menlo Park, California 94025<br>Telephone: (650) 618-3500 |
| 4 | Facsimile: (650) 618-3599 |
| 5 | Attorneys for Plaintiffs<br>CHARTIS SPECIALTY INSURANCE COMPANY [FORMERLY |
| 6 | KNOWN AS AMERICAN INTERNATIONAL SPECIALTY LINES<br>INSURANCE COMPANY] and NATIONAL UNION FIRE |
| 7 | INSURANCE COMPANY OF PITTSBURGH, PA. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY [FORMERLY KNOWN AS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY], an Illinois Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania Corporation, | ) ) ) ) ) ) ) ) ) | Case No.: 09-CV-03973-SC<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE, [~~PROPOSED~~] ORDER THEREON** |
| Plaintiff, | ) | |
| v. | ) | |
| MONAHAN PACIFIC DEVELOPMENT CORPORATION, a California corporation; MONAHAN PACIFIC CONSTRUCTION CORPORATION, a California corporation; MONAHAN PACIFIC CONSTRUCTION, INC., a California corporation; MONAHAN PACIFIC CORPORATION, a California corporation; SEMINARY RIDGE ASSOCIATES, LLC, a California corporation; THOMAS MONAHAH, an individual citizen of California; and DOES 1 through 50, inclusive | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The parties to this action have reached an informal and total resolution of the issues raised by this matter through settlement. Based upon the resolution, the defendant parties have neither

36036 (4)                                                    - 1 -

**REQUEST FOR DISMISSAL, [PROPOSED] ORDER THEREON**

1  been served nor have they filed an appearance or otherwise responded to the complaint in this
2  matter. Accordingly, plaintiffs Chartis Specialty Insurance Company, formerly known as
3  American International Specialty Lines Insurance Company, and National Union Fire Insurance
4  Company of Pittsburgh, Pa., by and through the undersigned counsel, respectfully requests that the
5  Court dismiss the complaint in the present matter <u>without prejudice</u>, with each party to bear its
6  own fees and costs.

7  Dated: June 24, 2010                                          McCURDY & FULLER LLP

10                                                               _____/s/_____
                                                                 LAURA J. RUETTGERS
11                                                               Attorneys for Plaintiffs
                                                                 CHARTIS SPECIALTY INSURANCE
12                                                               COMPANY [FORMERLY KNOWN AS
                                                                 AMERICAN INTERNATIONAL
13                                                               SPECIALTY LINES INSURANCE
                                                                 COMPANY], and NATIONAL UNION FIRE
14                                                               INSURANCE COMPANY OF
                                                                 PITTSBURGH, PA.

17      In accordance with the agreement of the parties, this matter is dismissed <u>without prejudice</u>
18  with each party to bear its own fees and costs.

19      **IT IS SO ORDERED**

21  Dated: __June 24_____, 2010

22                                                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

Judge Conti                                    -2-
**REQUEST FOR DISMISSAL, [PROPOSED] ORDER THEREON**